## John J. Dillon, Appellant, v. Peoria Railway Company, Appellee.

### Gen. No. 6,457.   (Not to be reported in full.)

Appeal from the Circuit Court of Peoria county; the Hon. CLYDE
E. STONE, Judge, presiding. Heard in this court at the March term,
1917. Affirmed. Opinion filed August 7, 1917.

### Statement of the Case.

Action by John J. Dillon, plaintiff, against Peoria
Railway Company, defendant, to recover damages for
personal injuries and injuries to plaintiff's buggy
from being struck by defendant's street car.  From a
judgment for defendant, plaintiff appeals.

JOHN B. KING and LEO G. HANA, for appellant.

PAGE, HUNTER & PAGE, for appellee.

MR. JUSTICE DIBELL delivered the opinion of the
court.

### Abstract of the Decision.

STREET RAILROADS, § 131*—*when evidence shows contributory neg-
ligence of driver of buggy*.  Evidence of plaintiff alone or all the
evidence *held* sufficient to show that he was negligent in driving
his buggy directly in front of defendant's approaching street car,
which was running at lawful speed, or in not looking back before
so driving, in an action to recover damages for injuries so caused.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same
topic and section number.